IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ERIC L. LUND,
        Petitioner,

v.                                      **Judgment in a Civil Case**

UNITED STATES OF AMERICA,
        Respondent.                     Case Number: 5:10-HC-2139-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for an initial review under § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

<u>This Judgment Filed and Entered on October 31, 2011, with service on:</u>
Eric L. Lynd  14595-026, LSCI - Butner, P.O. Box 999, Butner, NC  27509 (via U.S. Mail)

October 31, 2011                                      /s/ Dennis P. Iavarone
                                                                   Clerk